IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ) CR 06 135T

v. ) In violation of 21 U.S.C.§§ 841 (a)(1), (b)(1)(A), and 846; 18 U.S.C. § 922(g)(1)

JUAN FORBES a/k/a "WEEZY" )

FILED
NOV 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about August 18, 2006 and continuing until on or about October 11, 2006, in the District of Rhode Island, the defendant, JUAN FORBES a/k/a "WEEZY," and others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846.

COUNT II

On or about September 15, 2006, in the District of Rhode Island, the defendant, JUAN FORBES a/k/a "WEEZY," did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a

Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

COUNT III

On or about September 19, 2006, in the District of Rhode Island, the defendant, JUAN FORBES a/k/a "WEEZY," having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Bersa Arms Model 83 handgun, serial number 256678, in violation of 18 U.S.C. § 922(g)(1).

COUNT IV

On or about September 21, 2006, in the District of Rhode Island, the defendant, JUAN FORBES a/k/a "WEEZY," having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Taurus 357 Magnum handgun, serial number OH307251, in violation of 18 U.S.C. § 922(g)(1).

COUNT V

On or about October 11, 2006, in the District of Rhode Island, the defendant, JUAN FORBES a/k/a "WEEZY," having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a High Standard .22 caliber handgun, serial number

735096, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts III, IV and V of this Indictment, the Defendant, JUAN FORBES, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearms identified in Counts III, IV and V of the Indictment.

A TRUE BILL

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 11-15-06