ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN - U.S. DISTRICT COURT

DEFENDANT JUAN FORBES, a/k/a "WEEZY"

Count I: 21 USC § 846 - Knowingly, intentionally, and willfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance - 841(a)(1) and (b)(1)(A).
PENALTIES: 10 years to life imprisonment; $4,000,000 fine; 5 years supervised release; $100 special assessment.

Count II: 21 USC §§ 841(a)(1) and (b)(1)(A) - Knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.
PENALTIES: 10 years to life imprisonment; $4,000,000 fine; 5 years supervised release; $100 special assessment.

Counts III, IV and V: 18 USC § 922(g)(1) - Felon in possession of a firearm.
PENALTIES FOR EACH COUNT: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.