RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

NOV 15 2006

US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JUAN FORBES
A/K/A - WEEZY

## WARRANT FOR ARREST

CASE NUMBER: CR06-135T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN FORBES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE COCAINE BASE; DISTRIBUTION OF COCAINE BASE; FELON IN POSSESSION OF A FIREARMS

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1)&(b)(1)(A); 18:922(g)(1)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

November 15, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at Providence, RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/15/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 11/16/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.