S Rhode Island and Providence Pla s

Providence Superior Court

State of Rhode Island vs Juan Forbes

Case No: P2-2004-2390A

# JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: John J Mcmahon
Defense Attorney(s): C. Daniel Schrock

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Man/Del/Poss W/Int Sch I/Ii, Plea Of Nolo Contendere, Sentenced By Judge Pfeiffer, 16-Nov-2004

Full Sentence 5 Years
Term To Serve 1 Years credit for time served
Suspended 4 Years
Probation 4 Years
Total Assessments $968.00

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Clerk

Justice, Superior Court

12 True Copy Attest

Date

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# REQUEST TO ENTER PLEA OF NOLO CONTENDERE OR GUILTY
## SUPERIOR COURT

| 1. STATE OF RHODE ISLAND VS. | 2. CASE NO. |
|---|---|
| Juan Forbes | P2/04-2390A |
| **3. CHARGES** | **4. PENALTY** |
| Ct. 1 Delivery of Cocaine 21 28 2.08 21 28 4.01(a)(4)(i) Ct. 2 48a (Conspiracy) | 30 years maximum |

I, the above named defendant, do hereby request Court permission to withdraw my present plea of **Not Guilty** and to enter a plea of **Nolo Contendere or Guilty**. I understand the plea of **Nolo Contendere** is for all purposes the same as a plea of **Guilty** and that I will be admitting sufficient facts to substantiate the charge(s) which has (have) been brought against me in the case to which this plea relates. I understand by changing my plea I will be giving up and waiving each and all of my rights as follows:

1. My right to a trial by jury or by a Judge, sitting without a jury, and my right to appeal to the Supreme Court from any verdict or finding of guilt.
2. My right to have the State prove each and every element of the charge(s) against me by evidence and proof beyond a reasonable doubt.
3. My right to the presumption of innocence.
4. My privilege against self-incrimination.
5. My right to confront and cross-examine the State's witnesses against me.
6. My right to present evidence and witnesses on my own behalf and to testify in my own defense if I choose to do so.
7. My right to appeal to the Rhode Island Supreme Court from the sentence imposed by the Court after the entry of my plea of **Nolo Contendere or Guilty**.
8. My right to have the Court obtain and consider a pre-sentence report before the imposition of sentence by the Court.

No promises have been made to me by my Attorney, the State's Attorney, or the Court, other than the fact the Court has agreed to impose the following sentence in addition to whatever money costs are imposed by law.

SENTENCE

count 1 nolo 5 years 1 year to serve 4 years suspended/probation

04 NOV 16 PM 1:46
SUPERIOR COURT
FILED

I understand if the Court imposes the sentence referred to above, I will not be permitted to withdraw my plea of **Nolo Contendere or Guilty** except by permission of the Court.

**I UNDERSTAND THAT IF I AM A RESIDENT ALIEN, A SENTENCE IMPOSED AS A RESULT OF MY PLEA MAY RESULT IN DEPORTATION, EXCLUSION OF ADMISSION TO THE UNITED STATES, AND/OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES, AND THAT THIS COURT WILL HAVE NO CONTROL OVER THOSE PROCEEDINGS.**

I have discussed the entire contents of this form with my Attorney, who has explained it to me. I have no questions as to what it states or what it means, and I understand it completely. I swear to the truth of the above.

| 6. WITNESS (Attorney for the Defendant) Date 11 16 04 | 7. DEFENDANT Date 11 16 04 |
|---|---|
| Signature C. Daniel Schrock | Signature Juan Forbes |
| Print Name C. Daniel Schrock Reg. # 2056 | Print Name Juan Forbes |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(CERTIFICATE OF JUDGE ON REVERSE SIDE)