**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-135T** |
| | ) | |
| **JUAN FORBES** | ) | |

---

**MOTION FOR CONTINUANCE OF EMPANELMENT**
**AND TRIAL CALENDAR CALL**

Now comes the accused, Juan Forbes, by and through his counsel, and moves this Honorable Court to continue the trial of this matter for thirty (30) days on the grounds that defense counsel needs additional time to discuss with the defendant a guilty plea in this case. Defendant's sentence is being enhanced based upon his prior convictions and defense counsel needs time to research the validity of his prior convictions and discuss same with the defendant.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Juan Forbes
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281 (401) 528-4285
edward_roy@fd.org

CERTIFICATION

I hereby certify that I served a copy of the within to Sandra Beckner, Assistant United States Attorney, on the19th day of December, 2006, by way of electronic case filing.

/s/ Edward C. Roy, Jr.