**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-135T** |
| | ) | |
| **JUAN FORBES** | ) | |

---

**MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS**

Now comes the accused, Juan Forbes, by and through his counsel, and moves this Honorable Court to enlarge the time for filing pretrial motions for an additional thirty (30) days. In support of this motion counsel states that Defendant's sentence is being enhanced based upon his prior convictions and defense counsel needs time to research the validity of his prior convictions and discuss same with the defendant and prepare the appropriate motions.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Respectfully submitted
Juan Forbes
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281 (401) 528-4285
edward_roy@fd.org

CERTIFICATION

I hereby certify that I served a copy of the within to Sandra Beckner, Assistant United States Attorney, on the19th day of December, 2006, by way of electronic case filing.

/s/ Edward C. Roy, Jr.