Table 34

## RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE

**Fiscal Year 2005, *Pre-Booker* (October 1, 2004, through January 11, 2005)**

| | | WHITE | | BLACK | | [illegible] | | [illegible] | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible]G TYPE | TOTAL | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| [illegible]AL | 6,019 | 1,639 | 27.2 | 1,753 | 29.1 | 2,439 | 40.8 | [illegible] | [illegible] |
| [illegible]er Cocaine | 1,308 | 214 | 16.4 | 386 | 29.5 | 685 | 52.4 | 23 | 1.8 |
| [illegible] Cocaine | 1,204 | 94 | 7.8 | 1,002 | 83.2 | 79 | 6.6 | 29 | 2.4 |
| [illegible] | 390 | 46 | 11.8 | 111 | 28.5 | 231 | 59.2 | 2 | 0.5 |
| [illegible]uana | 1,758 | 497 | 28.3 | 206 | 11.7 | 1,003 | 57.1 | 53 | 3.0 |
| [illegible]mphetamine | 1,131 | 647 | 57.2 | 17 | 1.5 | 405 | 35.8 | 63 | 5.6 |
| [illegible] | 227 | 141 | 62.1 | 32 | 14.1 | 36 | 15.9 | 18 | 7.9 |

[illegible] cases, 6,131 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 6,065 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 [illegible] Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 6,054 cases, 35 were excluded due to one or [illegible] of the following reasons: missing information on offender's race (32) or missing information on drug type (3). Descriptions of variables used in this table are provided in Appendix A.

[illegible]: U.S. Sentencing Commission, 2005 Datafile, USSCFY05. *Pre-Booker* Only Cases (October 1, 2004, through January 11, 2005).