## Summary Based Data

Crime Index Offenses - Providence

| Year | Crime Index Total | Murder | Rape | Robbery | Agg. Assault | Burglary | Larceny | Motor Vehicle Theft |
|---|---|---|---|---|---|---|---|---|
| 2005 | 10,327 | 21 | 106 | 419 | 657 | 1,835 | 5,025 | 2,264 |

## Arrest Data - 18 Years of Age and Over

| PROVIDENCE | Total | White | Black | Am. Indian or Alaskan Native | Asian or Pacific Islander |
|---|---|---|---|---|---|
| Murder and Nonnegligent Manslaughter | 10 | 5 | 5 | 0 | 0 |
| Manslaughter by Negligence | 1 | 1 | 0 | 0 | 0 |
| Forcible Rape | 9 | 3 | 6 | 0 | 0 |
| Robbery | 95 | 45 | 50 | 0 | 0 |
| Aggravated Assault | 110 | 71 | 39 | 0 | 0 |
| Burglary-Breaking or Entering | 81 | 53 | 25 | 0 | 3 |
| Larceny-Theft (Except Motor Vehicle Theft) | 290 | 207 | 81 | 0 | 2 |
| Motor Vehicle Theft | 47 | 29 | 18 | 0 | 0 |
| Other Assaults (Return A-5e) | 851 | 514 | 323 | 2 | 12 |
| Forgery and Counterfeiting | 48 | 22 | 24 | 0 | 2 |
| Fraud | 21 | 12 | 9 | 0 | 0 |
| Embezzlement | 11 | 8 | 2 | 0 | 1 |
| Stolen Property: Buying, Receiving, Possessing | 48 | 31 | 16 | 0 | 1 |
| Vandalism | 102 | 66 | 36 | 0 | 0 |
| Weapons: Carrying, Possessing, etc. | 93 | 35 | 55 | 0 | 3 |
| Prostitution and Commercialized Vice | 145 | 118 | 27 | 0 | 0 |
| Sex Offenses (Except Forcible Rape/Prostitution) | 18 | 14 | 3 | 0 | 1 |
| Sale/Manufacturing: Opium or Cocaine | 203 | 104 | 97 | 0 | 2 |
| Sale/Manufacturing: Marijuana | 33 | 21 | 12 | 0 | 0 |
| Sale/Manufacturing: Synthetic Narcotics | 2 | 1 | 1 | 0 | 0 |
| Possession: Opium or Cocaine | 369 | 219 | 143 | 2 | 5 |
| Possession: Marijuana | 260 | 145 | 112 | 0 | 3 |
| Possession: Synthetic Narcotics | 7 | 5 | 2 | 0 | 0 |
| Possession: Other Dang Non-Narcotic Drugs | 1 | 1 | 0 | 0 | 0 |
| Gambling: Bookmaking | 1 | 0 | 1 | 0 | 0 |
| Gambling: Other | 1 | 1 | 0 | 0 | 0 |
| Offenses Against Family and Children | 5 | 4 | 1 | 0 | 0 |
| Driving Under the Influence | 37 | 29 | 8 | 0 | 0 |
| Liquor Laws | 450 | 420 | 27 | 0 | 3 |
| Drunkenness | 3 | 2 | 1 | 0 | 0 |
| Disorderly Conduct | 615 | 399 | 206 | 1 | 9 |
| Vagrancy | 3 | 3 | 0 | 0 | 0 |
| All Other Offenses (Except Traffic) | 2,915 | 1,607 | 1,258 | 3 | 47 |
| Curfew and Loitering Law Violations | 12 | 5 | 7 | 0 | 0 |
| TOTAL | 6,897 | 4,200 | 2,595 | 8 | 94 |

Summary Based Data
Crime Index Offenses - Providence

## Arrest Data - Under 18 Years of Age

| PROVIDENCE | Total | White | Black | Am. Indian or Alaskan Native | Asian or Pacific Islander |
|---|---|---|---|---|---|
| Forcible Rape | 3 | 2 | 1 | 0 | 0 |
| Robbery | 10 | 2 | 8 | 0 | 0 |
| Aggravated Assault | 9 | 4 | 4 | 0 | 1 |
| Burglary-Breaking or Entering | 14 | 6 | 6 | 0 | 2 |
| Larceny-Theft (Except Motor Vehicle Theft) | 23 | 7 | 15 | 1 | 0 |
| Motor Vehicle Theft | 24 | 10 | 12 | 0 | 2 |
| Other Assaults (Return A-5e) | 89 | 30 | 58 | 0 | 1 |
| Arson | 2 | 1 | 0 | 0 | 1 |
| Stolen Property: Buying, Receiving, Possessing | 2 | 0 | 2 | 0 | 0 |
| Vandalism | 16 | 10 | 6 | 0 | 0 |
| Weapons: Carrying, Possessing, etc. | 28 | 14 | 9 | 0 | 5 |
| Prostitution and Commercialized Vice | 1 | 1 | 0 | 0 | 0 |
| Sex Offenses (Except Forcible Rape/Prostitution) | 4 | 1 | 3 | 0 | 0 |
| Sale/Manufacturing: Opium or Cocaine | 7 | 2 | 5 | 0 | 0 |
| Sale/Manufacturing: Marijuana | 2 | 1 | 1 | 0 | 0 |
| Sale/Manufacturing: Other Dang Non-Narcotic | 1 | 0 | 1 | 0 | 0 |
| Possession: Opium or Cocaine | 20 | 9 | 10 | 1 | 0 |
| Possession: Marijuana | 27 | 15 | 12 | 0 | 0 |
| Liquor Laws | 1 | 0 | 1 | 0 | 0 |
| Disorderly Conduct | 194 | 72 | 111 | 1 | 10 |
| Vagrancy | 1 | 0 | 1 | 0 | 0 |
| All Other Offenses (Except Traffic) | 91 | 48 | 38 | 0 | 5 |
| Curfew and Loitering Law Violations | 1 | 0 | 1 | 0 | 0 |
| TOTAL | 570 | 235 | 305 | 3 | 27 |