Table 40

**ROLE ADJUSTMENT OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]**
**Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)**

| | | No Role Adjustment | | Mitigating Role Adjustment | | Aggravating Role Adjustment | |
|---|---|---|---|---|---|---|---|
| DRUG TYPE | TOTAL | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **5,584** | **4,149** | **74.3** | **1,165** | **20.9** | **270** | **4.8** |
| **Powder Cocaine** | **1,232** | 867 | 70.4 | 283 | 23.0 | 82 | 6.7 |
| **Crack Cocaine** | **1,132** | 1,009 | 89.1 | 71 | 6.3 | 52 | 4.6 |
| **Heroin** | **361** | 234 | 64.8 | 98 | 27.1 | 29 | 8.0 |
| **Marijuana** | **1,608** | 1,027 | 63.9 | 524 | 32.6 | 57 | 3.5 |
| **Methamphetamine** | **1,048** | 859 | 82.0 | 155 | 14.8 | 34 | 3.2 |
| **Other** | **203** | 153 | 75.4 | 34 | 16.7 | 16 | 7.9 |

[1]Of the 18,788 cases, 6,131 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 6,054 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 5,587 contained complete guideline application information. Of these 5,587 cases, three were excluded due to one or both of the following reasons: missing role information (0) or missing drug type (3). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).