## Table 40

### ROLE ADJUSTMENT OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
### Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)

| DRUG TYPE | TOTAL | No Role Adjustment | | Mitigating Role Adjustment | | Aggravating Role Adjustment | |
|---|---|---|---|---|---|---|---|
| | | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **17,448** | **13,076** | **74.9** | **3,334** | **19.1** | **1,038** | **5.9** |
| **Powder Cocaine** | **3,982** | 2,900 | 72.8 | 810 | 20.3 | 272 | 6.8 |
| **Crack Cocaine** | **3,881** | 3,413 | 87.9 | 243 | 6.3 | 225 | 5.8 |
| **Heroin** | **1,179** | 773 | 65.6 | 331 | 28.1 | 75 | 6.4 |
| **Marijuana** | **4,162** | 2,654 | 63.8 | 1,288 | 30.9 | 220 | 5.3 |
| **Methamphetamine** | **3,481** | 2,773 | 79.7 | 533 | 15.3 | 175 | 5.0 |
| **Other** | **763** | 563 | 73.8 | 129 | 16.9 | 71 | 9.3 |

[1] Of the 53,674 cases, 18,743 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 18,519 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 17,454 contained complete guideline application information. Of these 17,454 cases, six were excluded due to one or both of the following reasons: missing role information (0) or missing drug type (6). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).