## Table 41

**ACCEPTANCE OF RESPONSIBILITY OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]**
**Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)**

| | | No Acceptance Adjustment | | 2-Level Adjustment | | 3-Level Adjustment | |
|---|---|---|---|---|---|---|---|
| DRUG TYPE | TOTAL | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **17,448** | **1,557** | **8.9** | **1,606** | **9.2** | **14,285** | **81.9** |
| **Powder Cocaine** | **3,982** | 350 | 8.8 | 276 | 6.9 | 3,356 | 84.3 |
| **Crack Cocaine** | **3,881** | 448 | 11.5 | 213 | 5.5 | 3,220 | 83.0 |
| **Heroin** | **1,179** | 76 | 6.4 | 110 | 9.3 | 993 | 84.2 |
| **Marijuana** | **4,162** | 291 | 7.0 | 726 | 17.4 | 3,145 | 75.6 |
| **Methamphetamine** | **3,481** | 307 | 8.8 | 148 | 4.3 | 3,026 | 86.9 |
| **Other** | **763** | 85 | 11.1 | 133 | 17.4 | 545 | 71.4 |

[1]Of the 53,674 cases, 18,743 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 18,519 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 17,454 contained complete guideline application information. Of these 17,454 cases, six were excluded due to one or both of the following reasons: missing drug type (6) or missing acceptance of responsibility information (0). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).