**Table 44**

**DRUG OFFENDERS RECEIVING SAFETY VALVE AND MANDATORY MINIMUMS FOR EACH DRUG TYPE**[1]
**Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)**

| | | No Drug Mandatory Minimum/No Safety Valve | | No Drug Mandatory Minimum/Received Safety Valve | | Drug Mandatory Minimum/No Safety Valve | | Drug Mandatory Minimum/Received Safety Valve | |
|---|---|---|---|---|---|---|---|---|---|
| **DRUG TYPE** | **TOTAL** | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **5,446** | **1,263** | **23.2** | **867** | **15.9** | **2,098** | **38.5** | **1,218** | **22.4** |
| **Powder Cocaine** | **1,214** | 184 | 15.2 | 122 | 10.0 | 481 | 39.6 | 427 | 35.2 |
| **Crack Cocaine** | **1,115** | 215 | 19.3 | 34 | 3.0 | 735 | 65.9 | 131 | 11.7 |
| **Heroin** | **352** | 70 | 19.9 | 50 | 14.2 | 106 | 30.1 | 126 | 35.8 |
| **Marijuana** | **1,543** | 471 | 30.5 | 497 | 32.2 | 285 | 18.5 | 290 | 18.8 |
| **Methamphetamine** | **1,026** | 234 | 22.8 | 73 | 7.1 | 480 | 46.8 | 239 | 23.3 |
| **Other** | **196** | 89 | 45.4 | 91 | 46.4 | 11 | 5.6 | 5 | 2.6 |

[1]Of the 18,788 cases, 6,131 were sentenced under USSG Chapter Two, Part D (Drugs), regardless of eligibility for the Safety Valve (§5C1.2). Of these, 6,054 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 5,587 contained complete guideline application information. Of these 5,587 cases, 141 were excluded due to one or more of the following reasons: missing safety valve or mandatory minimum information (138) or missing drug type (3). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).