**Figure J**

**AVERAGE LENGTH OF IMPRISONMENT IN EACH DRUG TYPE[1]**
**Fiscal Year 2005,**
**Pre-*Booker* (October 1, 2004, through January 11, 2005)**




[1]Of the 18,788 cases, 2,265 had missing guideline application information. Of the remaining 16,523 cases, 6,131 were sentenced under USSG Chapter Two, Part D (drugs). Of these, 6,054 were sentenced under USSG §§ 2D1.1, 2D1.2, 2D1.5, 2D1.6, 2D1.8, or 2D2.1 as depicted in this figure. Additionally, 281 with zero months prison ordered were excluded. Of the remaining 5,773 cases, 29 were excluded due to one or both of the following reasons: missing drug type (3) or missing sentence information (26).

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).