**Figure J**

**AVERAGE LENGTH OF IMPRISONMENT IN EACH DRUG TYPE**[1]
**Fiscal Year 2005,**
**Post-*Booker* (January 12, 2005, through September 30, 2005)**




[1] Of the 53,674 cases, 4,693 had missing guideline application information. Of the remaining 48,981 cases, 18,743 were sentenced under USSG Chapter T... [illegible]