*Chapter 5*

# DEMOGRAPHICS OF FEDERAL COCAINE OFFENDERS

This chapter updates the demographic data presented in the 1995 Commission Report. The data from the Commission's 1992 and 2000 monitoring datafiles provide information on race and ethnicity, citizenship, gender, and age comparisons for federal powder cocaine and crack cocaine offenders.

Table 3 presents the demographic characteristics of federal cocaine offenders. The overwhelming majority of crack cocaine offenders consistently have been black: 91.4 percent in 1992 and 84.7 percent in 2000. For powder cocaine, Hispanics accounted for 39.8 percent of powder cocaine offenders in 1992 but more than half (50.8%) by 2000. The increase in Hispanic powder cocaine offenders in part may be attributable to the increase in the prosecutions of couriers and mules bringing powder cocaine into the United States as described in the previous chapter.[130] Whites comprised 32.3 percent of offenders in 1992, but the proportion of white powder cocaine offenders decreased by approximately half by 2000 to 17.8 percent.

Nearly all crack cocaine offenders were United States citizens (93.4% in 2000), reflecting the fact that this form of the drug almost exclusively is produced and trafficked domestically.[131] In contrast, only 63.9 percent of powder cocaine offenders were U.S. citizens in 2000, and 36.1 percent were non-U.S. citizens, reflecting international aspects of the powder cocaine trade that are absent for crack cocaine.[132]

The two drug types are similar in other demographic measures. Male offenders comprised the overwhelming majority of offenders for both drug types, which is consistent with federal drug offenders generally across drug type and over time. There was a small difference in the average age of powder cocaine and crack cocaine offenders, with powder cocaine offenders being slightly older.

---

[130] Hispanic offenders consistently have accounted for more than half of powder cocaine mules/couriers, comprising 55.2 percent and 56.7 percent in the 1995 and 2000 drug samples, respectively.

[131] *See* USSC, *supra* note 1, ch. 4.

[132] *See* United States Department of Justice, National Drug Intelligence Center, *National Drug Threat Assessment 2002*, December 2001.

# Table 3
## Demographic Characteristics of Federal Cocaine Offenders[133]

| | Powder Cocaine | | | | Crack Cocaine | | | |
|---|---|---|---|---|---|---|---|---|
| | 1992 | | 2000 | | 1992 | | 2000 | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **Race/Ethnicity** | | | | | | | | |
| White | 2,113 | 32.3 | 932 | 17.8 | 74 | 3.2 | 269 | 5.6 |
| Black | 1,778 | 27.2 | 1,596 | 30.5 | 2,096 | 91.4 | 4,069 | 84.7 |
| Hispanic | 2,601 | 39.8 | 2,662 | 50.8 | 121 | 5.3 | 434 | 9.0 |
| Other | 44 | 0.7 | 49 | 0.9 | 3 | 0.1 | 33 | 0.7 |
| Total | 6,536 | 100.0 | 5,239 | 100.0 | 2,294 | 100.0 | 4,805 | 100.0 |
| **Citizenship** | | | | | | | | |
| U.S. Citizen | 4,499 | 67.7 | 3,327 | 63.9 | 2,092 | 91.3 | 4,482 | 93.4 |
| Non-Citizen | 2,147 | 32.3 | 1,881 | 36.1 | 199 | 8.7 | 318 | 6.6 |
| Total | 6,646 | 100.0 | 5,208 | 100.0 | 2,291 | 100.0 | 4,800 | 100.0 |
| **Gender** | | | | | | | | |
| Female | 787 | 11.8 | 722 | 13.8 | 270 | 11.7 | 476 | 9.9 |
| Male | 5,886 | 88.2 | 4,518 | 86.2 | 2,032 | 88.3 | 4,330 | 90.1 |
| Total | 6,673 | 100.0 | 5,240 | 100.0 | 2,302 | 100.0 | 4,806 | 100.0 |
| **Average Age** | | | | | | | | |
| | Average=33.5 | | Average=33.9 | | Average=28.4 | | Average=29 | |

SOURCE: U.S. Sentencing Commission 1992 and 2000 Datafiles, MONFY92 and USSCFY00.