UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-135 T

JUAN FORBES :

DEFENDANT'S NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS OR, IN THE ALTERNATIVE TO
STRIKE MANDATORY MINIMUM AND ALLOW DISCOVERY

The defendant, Juan Forbes, hereby notices the Government of his withdrawal, without prejudice, of the Motion To Dismiss Or, In The Alterantive, Strike Mandatory Minimum And Allow Discovery, without prejudice. The defendant withdraws this motion, at this time, to allow for additional investigation of the basis underlying the motion. Additionally, the defendant seeks to file a consolidated memorandum addressing these issues in several cases presently handled by the Office of the Federal Public Defender.

JUAN FORBES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Sandra Beckner, AUSA, on the 2nd day of February, 2007.

/s/ Edward C. Roy, Esquire