UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-135 T

JUAN FORBES :

NOTICE OF INTENTION TO PLEAD GUILTY

______NOW comes the defendant, Juan Forbes, and notices the Court with his intention to plead guilty to each Count in the indictment filed in this case. Defense counsel has advised Mr. Forbes of the rights he would be giving up if he enters a guilty plea in this case.

JUAN FORBES,
By his attorney,

/s/ Edward C. Roy
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Sandra Beckner, AUSA, on the 9th day of February 2007.

/s/ Edward C. Roy, Esquire