UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-135 T

JUAN FORBES :

MOTION FOR ISSUANCE OF RULE 17( c ) SUBPOENA

NOW comes the defendant, Juan Forbes, and moves that this Honorable Court issue a subpoena pursuant to the authority of Rule 17( c ) of the Federal Rules of Criminal Procedure. The defendant seeks leave to issue a subpoena duces tecum for the records of all subjects identified for state court prosecution in Operation Crackdown, as that operation was handled by the Providence Police Department in November of 2006. The defendant seeks that the subpoena direct the Providence Police Department to produce the booking sheet for each person in Operation Crackdown referred to prosecution in Rhode Island State District Court. The defendant incorporates by reference the attached Memorandum of Law.

JUAN FORBES,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served on Sandra R. Beckner, AUSA on the 15th day of February, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-135 T |
| JUAN FORBES | : | |

<u>MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR ISSUANCE OF RULE 17( c ) SUBPOENA</u>

The defendant, Juan Forbes, has moved that this Honorable Court issue a subpoena pursuant to the authority of Rule 17( c ) of the Federal Rules of Criminal Procedure. The defendant seeks leave to issue a subpoena duces tecum for the booking records of all subjects identified for state court prosecution in Operation Crackdown, as that operation was handled by the Providence Police Department in November of 2006. The defendant seeks that the subpoena direct the Providence Police Department to produce the booking sheet for each person in Operation Crackdown referred to prosecution in Rhode Island State District Court.

1. <u>Case Status</u>

At the present time, the defendant is scheduled to enter a guilty plea on February 16, 2007 before Senior United States District Judge Ernest C. Torres. As the Government has filed an information under 21 U.S.C. § 851, the defendant faces a mandatory minimum sentence of twenty years. D.E. 7.

2. Basis For Request

The defendant seeks the records of subjects who were not charged in federal court to determine if any disparity exists among similarly-situated defendants. See 18 U.S.C. § 3553(a)(6). If there exist similarly-situated defendants who are of a different race than Mr. Forbes, who is an African American, the disparity might give rise to a claim of unfair application of 21 U.S.C. § 851. United States District Judge William E. Smith recently invited submissions from the defense and the Government in a similar case to determine if any sentencing disparities exist relative to the filing of 21 U.S.C. § 851 informations. See United States v. Terrence Greene, CR No. 06-056 S, ( Order on Motion of Government to Reconsider January 18, 2007 Order); (February 13, 2007).

While Rule 17 does not mandate that the defendant give the Government notice of this motion for subpoena, the defendant has seen fit to give notice because of the importance of the issues associated with the filing of 21 U.S.C. § 851 informations.

JUAN FORBES,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served on Sandra R. Beckner, AUSA on the 17th day of February, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire