**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-135T** |
| | ) | |
| **JUAN FORBES** | ) | |

---

NOTICE OF APPEAL

Now comes the defendant, Juan Forbes and notices his appeal to the First Circuit Court of Appeals of the sentence imposed on June 7, 2007.

Respectfully submitted
Juan Forbes
By his attorney,

/s/ Edward C. Roy #3029
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
edward roy@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney on June 8, 2007.

/s/ Edward C. Roy