**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. C.R. No. 06-135T

JUAN FORBES

**NOTICE OF APPEAL**

Now comes the defendant, Juan Forbes, and notices his appeal to the United States Court of Appeals for the First Circuit from the sentence imposed on June 7, 2007.

Notice enters by the Clerk pursuant to the Oral Order of Judge Ernest C. Torres on June 7, 2007.

ENTER:

Deputy Clerk

June 8, 2007