2 notices
of rec'd 6/27/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

RECEIVED
JUN 22 2007
BY: U.S. Court of Appeals

1. D.C. CR06-135T C.C.A.#

2. TITLE OF CASE: USA v. JUAN FORBES

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):
SEE ATTACHED DOCKET SHEET

NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
SEE ATTACHED DOCKET SHEET

4. JUDGE ERNEST C. TORRES

5. COURT REPORTER(s) & DATES

| | | | |
|---|---|---|---|
| 6. | TRANSCRIPTS ORDERED | ____YES | _X__NO |
| 7. | COURT-APPOINTED COUNSEL | _X__YES | ____NO |
| 8. | FEE PAID | ____YES | _X__NO |
| 9. | IN FORMA PAUPERIS | ____YES | ____NO |
| 10. | GUIDELINES CASE | _X__YES | ____ NO |
| 11. | MOTIONS PENDING | ____YES | _X__NO |
| 12. | RELATED CASE ON APPEAL | ____YES | _X__NO |

C.C.A. # (IF AVAILABLE)

DATE OF LAST N.O.F.A. FILED:

13. SPECIAL COMMENTS:

Enclosed: Appeal Cover Letter, Appeal Cover Sheet, Notices of Appeal (2) , Complete Case File, PSR(sealed), SOR(sealed), Certified Copy of Docket

COA # 07-1971
cmpanion 07-1995

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 21, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE: *CR06-135-01T USA v. JUAN FORBES***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Letter, Appeal Cover Sheet, Notices of Appeal (2), Complete Case File, PSR(sealed), SOR(sealed), Certified Copy of Docket.

COA #07-1971
07-1995 cmp case

cmp