MANDATE

# United States Court of Appeals
## For the First Circuit

06-00135
Rhode Island
E. Torres

No. 07-1995

UNITED STATES

Appellee

v.

JUAN FORBES, a/k/a Weezy

Defendant - Appellant

**JUDGMENT**

Entered: July 19, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 07-1971.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Gallardo
**Deputy Clerk**

**Date:** 7.19.07

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER

By______________________
Appeals Attorney

[cc: Sandra Beckner, AUSA, Donald Lockhart, AUSA, Edward C. Roy, AFPD]