AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Donald C. Lockhart, AUSA | 2. PHONE NUMBER<br>(401) 709-5000 | 3. DATE<br>5/5/2008 |
| 4. MAILING ADDRESS<br>US Attorney's Office, 50 Kennedy Plaza - 8th Fl | 5. CITY<br>Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER CR 06-135T / 9. JUDGE Hon. Ernest C. Torres | DATES OF PROCEEDINGS<br>10. FROM | 11. |
| 12. CASE NAME<br>US v Forbes (Debra Lajoie, Court Reporter) | LOCATION OF PROCEEDINGS<br>13. | 14. |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Rule 17 Hearing | 3/8/07 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| | | |
|---|---|---|
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE<br>Donald C. Lockhart, AUSA | PROCESSED BY | |
| 19. DATE<br>5/5/2008 DCN H70828199 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY